UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | : | |
| | : | |
| Petitioner | : | No. 23-2096 |
| | : | |
| v. | : | |
| | : | Board Case No.: |
| STEWARD HEALTH CARE SYSTEM, LLC | : | 01-CA-287904 |
| | : | |
| Respondent | : | |

MOTION TO DISMISS THE BOARD'S APPLICATION FOR SUMMARY
ENTRY OF A JUDGMENT ENFORCING AN ORDER OF
THE NATIONAL LABOR RELATIONS BOARD

To the Honorable, the Judges of the United States
   Court of Appeals for the First Circuit:

Pursuant to Federal Rule of Appellate Procedure 42(b), the National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, moves to dismiss, without prejudice, the Board's application for enforcement in the above-captioned case, and shows:

1. The Board's application for summary entry of a judgment enforcing its order issued against Steward Health Care System, LLC (Steward) in the above-captioned case was docketed on December 27, 2023, docket number 23-2096.  To date no appearance on behalf of Steward Health Care System, LLC has been docketed and no answer has been filed.

2. The Board has recently been informed by its regional office that Steward

Health Care System, LLC has resolved the outstanding issues involved in the above-captioned case and is complying with the Order to the Board's satisfaction.

3. Accordingly, the Board seeks to withdraw its application for enforcement, without prejudice, each side to bear its own costs.

WHEREFORE, the Board moves that its application for enforcement be dismissed without prejudice, each side to bear its own costs.

/s/Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570

Dated in Washington, D.C.
this 28th day of February 2024

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | : | |
| | : | |
| Petitioner | : | No. 23-2096 |
| | : | |
| v. | : | |
| | : | Board Case No.: |
| STEWARD HEALTH CARE SYSTEM, LLC | : | 01-CA-287904 |
| | : | |
| Respondent | : | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g) and 27 (d), the Board certifies that its motion contains 206 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word for Microsoft 365 MSO. This document also complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

/s/Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half St., S.E.
Washington, D.C. 20570

Dated in Washington, D.C.
this 28th day of February 2024

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD | : | |
| Petitioner | : | No. 23-2096 |
| v. | : | |
| STEWARD HEALTH CARE SYSTEM, LLC | : | Board Case No.: 01-CA-287904 |
| Respondent | : | |

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that the foregoing document was served by first class mail on Steward Health Care Systems, LLC at the addresses listed below.

David A. Kelly, Esq.
Jackson Lewis P.C.
10701 Parkridge Blvd., Ste. 300
Reston, VA 20191

Rhett Cavicchi, VP, Labor Relations
Steward Health Care Systems, LLC
46 Saw Mill Lane
Rockland, MA 02370

/s/Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570

Dated in Washington, D.C.
this 28th day of February 2024